IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| P & M DISTRIBUTORS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   NO. 11-3145 |
| | ) |
| PRAIRIE FARMS DAIRY, | ) |
| INCORPORATED, P.F.D. SUPPLY | ) |
| CORPORATION, MULLER- | ) |
| PINEHURST DAIRY, INC., and | ) |
| SCHURING & SCHURING, INC., | ) |
| | ) |
| Defendants. | ) |

## ORDER

RICHARD MILLS, U.S. District Judge:

On June 3, 2014, the Parties filed a Stipulation to Dismiss [d/e 45] pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Stipulation provides all matters in dispute have been satisfactorily compromised and settled. This Dismissal shall be a bar to the bringing of any action based on or including the claim for which this action has been brought.

Ergo, this action is Dismissed with Prejudice, without costs to any

party, all costs having been paid. The Court retains jurisdiction only to enforce the terms of the written settlement between the Parties executed on May 30, 2014, with an Effective Date of May 30, 2014.

All deadlines and any Court settings are hereby Vacated.

The Clerk shall terminate this case pursuant to the Stipulation to Dismiss.

ENTER: June 4, 2014

        FOR THE COURT:

                              s/Richard Mills
                              Richard Mills
                              United States District Judge